UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

ANNUITY FUND OF THE UNITED FOOD
& COMMERCIAL WORKERS LOCAL 2013,
AFL-CIO BY ITS TRUSTEES LOUIS MARK
CAROTENUTO and STANLEY FLEISHMAN,

                      Plaintiff,

    -against-

PARK IT MANAGEMENT CORP.,

                      Defendant.
———————————————————————X

**PROPOSED ORDER OF**
**VOLUNTARY DISMISSAL**

22-CIV-0407 (PKC) (RWL)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff ANNUITY FUND OF THE UNITED FOOD & COMMERCIAL WORKERS LOCAL 2013, AFL-CIO, by its counsel, BRADY McGUIRE & STEINBERG, P.C., hereby gives notice that the above-captioned matter is voluntarily dismissed as against Defendant PARK IT MANAGEMENT CORP.

Dated: Tarrytown, New York
         January 24, 2022

                                       Respectfully submitted,

                                       BRADY McGUIRE & STEINBERG, P.C.

                                       */s/ James M. Steinberg*

                    By:    James M. Steinberg, Esq.
                            Attorneys for Plaintiff
                            303 South Broadway, Suite 234
                            Tarrytown, New York 10591
                            (914) 478-4293
                            james@bradymcguiresteinberg.com

To:   Mr. David Saperstein
       Park It Management Corp.
       david@parkitny.com

SO ORDERED: _____  1-27-22

The Honorable P. Kevin Castel
**United States District Judge**